UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.   Case No. 8:06-CR-81-T-30MAP

**JOHNNY C. BARNES, JR.**
_____/

# ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Reduce Sentence (Dkt. #49). This Court notes that an Amended Judgment (Dkt. #42) was entered *sua sponte* on August 25, 2008, pursuant to 18 U.S.C. § 3582(c)(2), which reduced the Defendant's sentence from 121 months to 84 months. This Court does not have the authority to reduce the Defendant's sentence any further unless a Rule 35 motion is filed by the Government. It is therefore

ORDERED AND ADJUDGED that Defendant's Motion to Reduce Sentence (Dkt. #49) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on June 17, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2006\06-cr-81.reconsider 44.wpd